for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Reversed with a finding of fact. Opinion filed October 30, 1924. Rehearing denied November 12, 1924.

Pritzker & Pritzker, for appellant. Church, Haft & Robertson, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

Joseph T. Ryerson & Son, appellee, v. Thomas J. Peden et al., on appeal of Andrew H. Hansen, appellant. Gen. No. 28,775.

Proceeding by creditor of bankrupt corporation to enforce payment of unpaid balance of its claim against stockholders. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Reversed and remanded with directions. Opinion filed October 30, 1924.

Roy C. Merrick, for appellant. Eric Winters, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

M. A. Armstrong and A. J. Hasenbalg, trading as Armstrong & Hasenbalg, appellees, v. Jacob B. Welvert and Odile Welvert, his wife, appellants. Gen. No. 28,816.

Action to recover commission for sale of real estate. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Joseph W. Schulman, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed October 30, 1924. Rehearing denied November 12, 1924.

Justin K. Orvis and Nichols, Wray & Gernon, for appellants; Don C. Wray, of counsel. Samuel H. Gilbert, for appellees; Erwin F. Stolle, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

John Silbert et al., appellants, v. Lipsner Motor Company et al., appellees. Gen. No. 28,827.

Suit for appointment of receiver of corporation. Decree of distribution of assets. Appeal from the Circuit Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed October 30, 1924. Rehearing denied November 12, 1924. Certiorari denied by Supreme Court (making opinion final).

Edward J. Kelley, for appellants. C. W. Greenfield, for appellees.

Mr. Justice Taylor delivered the opinion of the court.

Frank Mancl, appellee, v. Frank A. Gould, appellant. Gen. No. 28,849.

Action for negligent injury to automobile in collision. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Oscar E. Heard, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed October 30, 1924.

Moloney & Postelnek, for appellant. Lannen & Hickey, for appellee.

Mr. Justice Taylor delivered the opinion of the court.